IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
APR 12 2001
G. PATRICK MURPHY,
DISTRICT JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS, ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CRIMINAL NO. 00-40101-GPM
)
BRAD TAYLOR, )
)
Defendant. )

## VERDICT FORM - Count One

We, the jury, find the defendant, BRAD TAYLOR, ___GUILTY___, of the
Guilty/Not Guilty

offense of conspiring to distribute and possess with intent to distribute cocaine base, commonly known as "crack cocaine," and cocaine, as charged in Count 1 of the Third Superseding Indictment.

_____    4/12/2001
FOREPERSON                          DATE

[signatures of jurors]

232