FILED
APR 12 2001
G. PATRICK MURPHY
DISTRICT JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS, ILLINOIS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO.  00-40101-GPM |
| | ) |
| BRAD TAYLOR, | ) |
| | ) |
| Defendant. | ) |

## SPECIAL VERDICT FORM

If you find the defendant guilty as charged in Count 1 of the Third Superseding Indictment, then you must also determine whether the government proved, beyond a reasonable doubt, that the amount of the mixture and substance containing cocaine base, commonly known as "crack cocaine," exceeded five (5) grams during the period of time the defendant was a member of the conspiracy.

Yes  X      No _____

_Harold C. Myers_
FOREPERSON

4/12/2001
DATE

_Marion A. Ferrica_

_Ella A. Nolan_

_Allen S. Abel_

_Stephen F. Sams_

_Matthew S. Ho_

_Jamie M. Surgeon_

_Susan Patterson_

_Adam C. Liley_

_Mike Kamadulski_

_Peggy J. Esks_

_Deborah A. Reed_

233