**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

FILED

APR 12 2001

G. PATRICK MURPHY
DISTRICT JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS, ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO.  00-40101-GPM |
| | ) | |
| BRAD TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM - Count Twelve

We, the jury, find the defendant, BRAD TAYLOR, _____*GUILTY*_____, of the
Guilty/Not Guilty

offense of distribution of a mixture and substance containing cocaine, as charged in Count 12 of

the Third Superseding Indictment.

_____     4/12/2001
FOREPERSON                           DATE

234