# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

[ ] BENTON    [✓] EAST ST. LOUIS

**FILED**
AUG 20 2001
G. PATRICK MURPHY
DISTRICT JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS, ILLINOIS

## MINUTES OF DISPOSITION

U.S.A. v. **BRAD TAYLOR**                      CRIMINAL No. **00-40101-05-GPM**

DEFENSE COUNSEL: **JOHN DELANEY, Jr.**         JUDGE: G. PATRICK MURPHY

GOVERNMENT COUNSEL: **GEORGE NORWOOD**         DATE: **8/20/01**

REPORTER: **MOLLY CLAYTON**  DEPUTY: **LINDA COOK**    TIME: **1:35 PM**

**X** COURT ORDERS PRE-SENTENCE REPORT TO BE SEALED WITH COUNSEL HAVING ACCESS TO SAME IN THE EVENT OF APPEAL. RECOMMENDATION TO BE PLACED UNDER SEPARATE SEAL AND COUNSEL WILL <u>NOT</u> HAVE ACCESS TO SAME.

COURT'S RULINGS ON OBJECTIONS TO PRESENTENCE REPORT: _____

TOTAL AMOUNT OF _____ CONSTITUTING DEFENDANT'S RELEVANT CONDUCT IS _____

Supervised Release Range: **Ct 1: 8 yrs., Ct 12: 6 yrs.**

OFFENSE LEVEL: **38**       CRIMINAL HISTORY CATEGORY: **VI**

SENTENCING RANGE: **Ct 1: 360 mos-life  Ct 12: 360 mos.**       FINE RANGE: **$25,000 - $6,000,000**

**___** COURT ACCEPTS PLEA AGREEMENT    **___** COURT REJECTS PLEA AGREEMENT

DEFENSE WITNESSES: **Randell Lee Moss (1:41 PM - 1:57 PM); Stacy Ann Goldman (1:58 PM - 2:00 PM)**

GOVERNMENT WITNESSES: **Timothy Patrick Kirkham (2:17 PM - 2:33 PM)**

[ ] GOVERNMENT MOVES FOR DOWNWARD DEPARTURE    [ ] GRANTED    [ ] DENIED

DEPARTURE TO _____

OFFENSE LEVEL: _____  CRIMINAL HISTORY CATEGORY: _____

___ CUSTODY OF ATTORNEY GENERAL    **✓** CUSTODY OF BUREAU OF PRISONS

SENTENCE: **377 months on Ct 1, and 360 mos. on Ct 12, to run concurrently.**

**✓** UPON RELEASE FROM IMPRISONMENT, DEFENDANT ON SUPERVISED RELEASE **8** YEARS **on Ct 1, and 6 yrs. on Ct 12, to run concurrently.**

(Rev. 8/94)                              354

**Conditions of Supervision/Probation:**

[✓] Within 72 hours of release from BOP, defendant to report to Probation in District released.
[✓] Defendant shall not commit any further crimes.
[✓] Defendant shall not possess firearm or other destructive device.
[✓] Defendant shall not illegally possess any controlled substances.
[✓] Defendant to participate in substance abuse program approved by Probation.
[ ] _____
[ ] _____
[ ] _____
[✓] Defendant fined $10,000/$5,000 ea. on Counts 1 + 2 _____

[✓] Interest waived      [ ] Interest imposed
[✓] Fine to be paid from prison earnings, or while defendant is on supervised release.
[✓] Special Assessment of $200/$100 on Count(s) 1+2 due immediately.
[ ] Restitution is ordered in the amount of $_____ to be paid to _____

[✓] Court finds defendant's financial condition is such that he is unable to:
    [ ] pay restitution, [ ] pay a fine, [✓] pay costs of incarceration or supervision, and they are WAIVED.
[✓] Defendant advised of right to appeal.
[ ] Recommendation _____
[ ] BOND: [ ] Revoked [✓] Remanded [ ] Continued; defendant to voluntarily surrender as notified by USM to designated institution; or [ ] surrender to USM on _____.
[ ] Count(s) _____ dismissed on Motion of Government.

\* Exhibit list attached. Exhibits are SEALED.

\* Oral motion by ∆ to reconsider order denying contact visit — DENIED

(Rev. 8/94)

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

## EXHIBIT LIST

Style:         USA v. BRAD TAYLOR

CASE NUMBER    00-40101-05-GPM

**Presiding Judge**          **Plaintiff's Attorney**     **Defendant's Attorney**
G. Patrick Murphy            George Norwood               John Delaney, Jr.
**Trial Dates**              **Court Reporter**           **Courtroom Deputy**
8/20/01                      Molly Clayton                Linda Cook

| Pltf/Govt No. | Deft. No | Date Marked | Admitted | Description |
|---|---|---|---|---|
| 1 | | 8/20/01 | X | Statement of Randall Moss dated 11/16/00 |
| 2 | | 8/20/01 | X | Report by Tim Kirkham dated 9/18/00 |
| 3 | | 8/20/01 | X | Proffer by Chad Sanders dated 2/5/01 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*All exhibits were sealed.*