## Exhibit "A"

Exhibit "A" contains the following:

    1.]  State's [Information]

    2.]  Plea of Guilty in 95-CF-8

    3.]  Judgment and Sentence in 95-CF-8

    4.]  Official Statement of State's Attorney and Judge.

As an initial matter, these State Court documents illustrate without any doubt that Mr. TAYLOR was sentenced to: Simple Possession of Cannabis.

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT

JOHNSON COUNTY

FILED JAN 27 1995
Kenneth Mandell
CIRCUIT CLERK
JOHNSON COUNTY

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS,<br>　　　　Plaintiff,<br><br>vs.<br><br>BRAD TAYLOR, #B-20387,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　No. 95-CF-8<br>)　　　Class 3<br>)　　　Extended Term<br>) |

### INFORMATION

The State's Attorney of said county charges: That on December 30, 1994, in Johnson County, BRAD TAYLOR, #B-20387, committed the offense of UNLAWFUL POSSESSION OF CONTRABAND IN A PENAL INSTITUTION in that the said defendant knowingly and unlawfully had in his possession cannabis, other than as authorized in the Cannabis Control Act, at a time when the Defendant was confined at the Shawnee Correctional Center, a penal institution, in violation of Chapter 720, Act 5, section 31A-1.1(b), Illinois Compiled Statutes, formerly, Chapter 38, section 31A-1.1(b) Illinois Revised Statutes.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Assistant State's Attorney

STATE OF ILLINOIS)
　　　　　　　　　)ss
COUNTY OF JOHNSON)

The undersigned, on oath, states on information and belief, that the facts set forth in the foregoing information are true in substance and matter of fact.

_____
Albert C. Burgen Jr.

Signed and Sworn to before me this 27th day of January, 1995.

"OFFICIAL SEAL"
Melanie Ann Calhoon
Notary Public, State of Illinois
My Commission Expires 1/25/97

_____
Melanie Ann Calhoon
(Notary Public)

Exhibit "A"

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT

JOHNSON COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS, )
VS. _BRAD TAYLOR #B-20387_ ) No. _95-CF-8_

## PLEA OF GUILTY

I understand that I am charged with committing criminal offense. The nature of the offense(s) and the possible penalties have been explained to me and I have received a copy of the charge(s). I have been advised of my right to remain silent and my right to an attorney. I understand that If I cannot afford an attorney one would be appointed to represent me. I understand that I have the right to confront the witnesses against me and the right to subpoena witnesses. I understand that I have a right to a prompt and public jury trial.

(X) I am represented by an attorney and have had sufficient time to consult with my attorney prior to entering this Plea of Guilty.

( ) I wish to waive my right to an attorney and proceed without an attorney in this matter.

I understand that if I enter a plea of guilty I am giving up many of these rights. I am specifically giving up my right to a jury trial and to confront the witnesses against me. I further understand that the Court can sentence me up to the maximum penalty provided for the offense(s) with which I am charged without hearing witnesses or having a trial if I plead guilty.

Knowing and understanding all of these rights and consequences, I hereby plead guilty to the following charge(s): _UNLAWFUL POSSESSION OF CONTRABAND IN A PENAL INSTITUTN_

Dated the _8_ day of _March_, 19_95_.

FILED
MAR 08 1995
Kenneth _____
CIRCUIT CLERK
JOHNSON COUNTY

x _Brad Taylor_
   Defendant
_Ill Dept of Corrections_
   Street
_____
City, State, Zip

| FINE | $ | | PROBATION | $ |
|---|---|---|---|---|
| CRIME VICTIM FINE | 20.00 | | RESTITUTION | |
| COSTS | COSTS 70.00 | | AUTOMATION FUND | 3.00 |
| SURCHARGE | | | COUNTY FUND | 50.00 |
| DRIVER'S EDUCATION | | | DOCUMENT STORAGE | 3.00 |
| COURT SUPERVISION | | | JUDICIAL SECURITY | 10.00 |
| SERVICE OF WARRANT | 2.00 | | TOTAL | |

TWO (2) YEARS D.O.C. CONSECUTIVE

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT

JOHNSON COUNTY

MITTIMUS FOR STATE PENAL INSTITUTIONS

PLEAS before said Circuit Court held in the City of Vienna, Illinois, on March 8, 1995.

Present:  HONORABLE James R. Williamson, Judge of the Circuit Court
Michael E. Mason, Assistant State's Attorney
Robert Harner, Deputy Sheriff

ATTEST: Kenneth Yandell, Circuit Clerk

---

BE IT REMEMBERED that on said date the following, among other proceedings, were had and entered of record in said Court:

PEOPLE OF THE STATE OF ILLINOIS )
                                )
            -vs-                )     No. 95-CF-8
                                )        Class 3
BRAD TAYLOR, #B-20387,          )
                Defendant.      )

JUDGMENT AND SENTENCE

Now come THE PEOPLE OF ILLINOIS, by Michael E. Mason, Assistant State's Attorney of Johnson County, and the defendant, appearing with Paul Henry his court appointed counsel, and now the defendant saying nothing further why the judgment of the court should not now be pronounced against said defendant on the plea of guilty heretofore entered to the charge of UNLAWFUL POSSESSION OF CONTRABAND IN A PENAL INSTITUTION; returned in this cause on March 8, 1995.

Therefore, it is ordered and adjudged by the court that said defendant is guilty of the crime of UNLAWFUL POSSESSION OF CONTRABAND IN A PENAL INSTITUTION as charged in the Information.

The court finds the age of said defendant to be 28 years.

The court having offered to hear evidence in aggravation and mitigation of the offense as to the moral character, life, family, occupation, and criminal record of defendant, and the presentation of evidence having been heard by the court. BRAD TAYLOR, #B-20387, the defendant having nothing further to say, the court hereby sentences said defendant to imprisonment in a penitentiary and fixes the term of imprisonment at two (2) years to run consecutive with sentence defendant is currently serving in the Illinois Department of Corrections, and this sentence has a one (1) year term of mandatory supervised release.

It is further ordered and adjudged that the defendant be taken from the bar of this court to the common jail of said county, and from there be taken by the sheriff of said county to the ILLINOIS DEPARTMENT OF CORRECTIONS and be delivered to the Department of Corrections, and said Department of Corrections is hereby commanded to confine the defendant for the term above fixed, or until discharged by due process of law. It is also further ordered and adjudged that the defendant pay the costs of these proceedings.

Dated this 9th day of March, 19 95.

_____
Circuit Judge

STATE OF ILLINOIS)
                 ) ss
COUNTY OF JOHNSON)

The undersigned Clerk of the Circuit Court of the above named Court does hereby certify the above to be a true and complete copy of an order entered of record in said Court in the case of THE PEOPLE OF THE STATE OF ILLINOIS versus BRAD TAYLOR, #B-20387.

Signed and sealed before me

3-9 , 19 95 .

(Official Seal Affixed)

_____
(Clerk of the Circuit Court)

To the Sheriff of Johnson County to Execute

STATE OF ILLINOIS)
                 ) ss
COUNTY OF JOHNSON)

I certify that the defendant has been held in custody in the County Jail _____ days; and I have delivered the person named in the within mittimus to the Illinois Department of Corrections on _____, 19____.

Dated _____, 19____.

Costs:
Clerk: . . . . . . $_____
Sheriff: . . . . . $_____          _____
State's Attorney . $_____                    (Sheriff)

                                  By: _____
                                                  (Deputy)

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT

JOHNSON COUNTY

OFFICIAL STATEMENT OF STATE'S ATTORNEY AND JUDGE

Date: March 8, 1995

NAME: BRAD TAYLOR, #B-20387
DATE OF BIRTH: 02/11/67
COLOR: Black
CRIME: UNLAWFUL POSSESSION OF
  CONTRABAND IN A PENAL INSTITUTION
JAIL CREDIT DUE: None
SENTENCE: Two (2) years
COUNTY: Johnson
TYPE OF TRIAL: Negotiated Plea

ALIASES: Unknown
PLACE OF BIRTH: Harrisburg, Illinois
RACE: African American

DATE OF CRIME: December 30, 1994
DATE OF ARREST: February 15, 1995
DATE OF SENTENCE: March 8, 1995
PLEA: Guilty
STATE'S ATTORNEY: Michael E. Mason,
         Assistant State's Attorney

DEFENSE ATTORNEY: Paul Henry,
         Public Defender

JUDGE: James R. Williamson

COMPLAINING WITNESS: Lt. Jerry Suits
         Shawnee Correctional Center
         Vienna, IL   62995

FULL NAME AND ADDRESS OF NEAREST KIN: Unknown

LAST KNOWN ADDRESS: Unknown

LAST KNOWN EMPLOYER: Unknown

AGENCY CONDUCTING PRE-TRIAL OR PRE-SENTENCE INVESTIGATION: None

DESCRIPTION OF EXACT CIRCUMSTANCES OF OFFENSE:

(See copy of case summary attached)

_____
(Assistant State's Attorney)

I HEREBY CONCUR IN THE ABOVE STATEMENT AS SET FORTH BY THE STATE'S ATTORNEY:

FILED
MAR 09 1995
Kenneth Jandell
CIRCUIT CLERK
JOHNSON COUNTY

_____
(Presiding Judge)